FILED
11-27-07
NOV 27 2007

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **07CR 780** |
| v. ) | |
| ) | Violation: Title 18, United States Code, |
| THELMA LUSTANIA ) | Sections 1341    **JUDGE MANNING** |

COUNT ONE            MAGISTRATE JUDGE ASHMAN

The SPECIAL AUGUST 2006-1 GRAND JURY charges:

1.  At times material to this Indictment:

    a.  Defendant THELMA LUSTANIA was a registered nurse working in hospitals and nursing homes in DuPage County, Illinois.

    b.  Defendant LUSTANIA held herself out in the nursing community in DuPage County as someone who was making large sums of money through investments in the stock market.

    c.  Defendant LUSTANIA offered and sold and caused to be offered and sold unidentified investments to more than 70 individuals.

    d.  Defendant LUSTANIA maintained checking accounts at Charter One Bank, TCF Bank, and Citibank. She was the sole signatory on each of the accounts.

2.  From in or about March 2000 and continuing until at least in or about June 2003, in DuPage County, in the Northern District of Illinois, Eastern Division, and elsewhere,

1

THELMA LUSTANIA,

defendant herein, devised, intended to devise, and participated in a scheme to defraud and to obtain and retain money and property, by means of materially false and fraudulent pretenses, representations, and promises, which scheme is further described below.

3. It was part of the scheme that defendant LUSTANIA falsely represented to investors and potential investors, both directly and through others, that if they invested money with her, she would pay a guaranteed monthly return and would return their principal investment in six months to one year. In fact, as defendant LUSTANIA knew when she made these representations, she had no means of fulfilling these promises except by misappropriating new investors' funds.

4. It was further part of the scheme that defendant LUSTANIA falsely represented to investors and potential investors, and caused individuals who invested with her (the "Direct Investors") to represent to other investors and potential investors on her behalf (the "Referral Investors") that they could expect specific monthly interest payments, ranging from 5% to 20% per month, on their investments.

5. It was further part of the scheme that defendant in order to encourage Direct Investors to recruit Referral Investors, defendant LUSTANIA represented to Direct Investors that she would pay a total of 10% monthly interest on funds provided by Referral Investors, with half of that amount to be retained as compensation by the Direct Investors and the remaining half passed on to the Referral Investors. Lustania promised to pay at least one

Direct Investor up to 15% on funds provided by Referral investors.

6. It was further part of the scheme that despite defendant LUSTANIA's representations to investors, defendant LUSTANIA invested only a small fraction of the money she received from investors – a total of approximately $66,000 out of funds she received from approximately 70 investors totaling approximately $1,400,000 – and received no income from the invested funds. Remaining funds that defendant LUSTANIA fraudulently obtained from investors were returned to investors in the guise of interest payments, withdrawn in cash, and used for the personal benefit of defendant LUSTANIA.

7. It was further part of the scheme that in order to retain investors' funds and conceal the scheme, defendant LUSTANIA made monthly interest payments to investors totaling approximately $721,000. These interest payments were made by misapplying funds obtained from other investors.

8. It was further part of the scheme that defendant LUSTANIA concealed, misrepresented and hid, and caused to be concealed, misrepresented and hidden, the existence and purpose of the scheme and acts done in furtherance of the scheme.

9. On or about December 5, 2002, at Downer's Grove, in the Northern District of Illinois, Eastern Division, and elsewhere,

THELMA LUSTANIA,

defendant herein, for the purpose of executing the above described scheme and attempting to do so, knowingly caused to be delivered by the United States Postal Service, an envelope containing four Bank of America Cashier's checks dated December 5, 2002, made payable

3

to THELMA LUSTANIA, three checks in the amount of $5,000 and one in the amount of $4,000 which envelope was addressed as follows:

>Victim ZF
>Downers Grove, IL 60516

In violation of Title 18, United States Code, Section 1341.

## COUNT TWO

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

1. The allegations of paragraphs 1 through 8 of Count One of this indictment are incorporated by reference as if fully set forth herein.

2. On or about April 4, 2003, at Lombard, in the Northern District of Illinois, Eastern Division, and elsewhere,

### THELMA LUSTANIA,

defendant herein, for the purpose of executing the above described scheme and attempting to do so, knowingly caused to be delivered by the United States Postal Service, an envelope containing four signed Agreements between Victim CH and THELMA LUSTANIA which envelope was addressed as follows:

> Victim ZF
> Downers Grove, IL 60516

In violation of Title 18, United States Code, Section 1341.

## COUNT THREE

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

1. The allegations of paragraphs 1 through 8 of Count One of this indictment are incorporated by reference as if fully set forth herein.

2. On or about April 8, 2003, in the Northern District of Illinois, Eastern Division, and elsewhere,

THELMA LUSTANIA,

defendant herein, for the purpose of executing the above described scheme to defraud and attempting to do so, placed and caused to be placed in an authorized depository for the mail matter to be sent by the United States Postal Service, an envelope containing a Charter One Bank check dated April 15, 2003 in the amount of $1,250 drawn on an account in the name of THELMA LUSTANIA, which envelope was addressed as follows:

Victim ER
Milpitas, CA 95035

In violation of Title 18, United States Code, Section 1341.

## COUNT FOUR

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

1. The allegations of paragraphs 1 through 8 of Count One of this indictment are incorporated by reference as if fully set forth herein.

2. On or about June 11, 2003, in the Northern District of Illinois, Eastern Division, and elsewhere,

THELMA LUSTANIA,

defendant herein, for the purpose of executing the above described scheme to defraud and attempting to do so, placed and caused to be placed in an authorized depository for the mail matter to be sent by the United States Postal Service, an envelope containing a Citibank check dated June 11, 2003, in the amount of $1,250 drawn on the account of THELMA LUSTANIA which envelope was addressed as follows:

Victim ER
Milpitas, CA 95035

In violation of Title 18, United States Code, Section 1341.

## COUNT FIVE

The SPECIAL AUGUST 2006-1 GRAND JURY further charges:

1. The allegations of paragraphs 1 through 8 of Count One of this indictment are incorporated by reference as if fully set forth herein.

2. On or about June 13, 2003, in the Northern District of Illinois, Eastern Division, and elsewhere,

THELMA LUSTANIA,

defendant herein, for the purpose of executing the above described scheme to defraud and attempting to do so, placed and caused to be placed in an authorized depository for the mail matter to be sent by the United States Postal Service, an envelope containing two Citibank checks dated June 9, 2003 and June 12, 2003, each in the amount of $1,500 drawn on the account of THELMA LUSTANIA which envelope was addressed as follows:

Victim CH
Riverside, CA 92509

In violation of Title 18, United States Code, Section 1341.

A TRUE BILL:

_Patrick J. Fitzgerald, by DKS_
UNITED STATES ATTORNEY

8