Minute Order Form (rev. 4/99)

UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS

| Name of Assigned Judge or Magistrate Judge | **07CR 780** | Sitting Judge if Other Than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 03 GJ 995 **JUDGE MANNING** | DATE | NOVEMBER 27, 2007 |
| CASE TITLE | **MAGISTRATE JUDGE ASHMAN** US v. THELMA LUSTANIA | | |

Motion: (In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd-party plaintiff, and (b) state briefly the nature of the motion being presented.)

**GRAND JURY PROCEEDING AND REQUEST TO SEAL**

The Grand Jury for the _SPECIAL AUGUST 2006-1_ Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

Docket Entry:

TO ISSUE BENCH WARRANT AND SET PRELIMINARY BAIL AT $10,000.00 SECURED. THE DISTRICT COURT CLERK'S OFFICE IS DIRECTED TO DISCLOSE TO THE ASSISTANT U.S ATTORNEY ASSIGNED TO THIS CASE FOR THE GOVERNMENT, THE NAME OF THE JUDGE, MAGISTRATE JUDGE, DOCKET NUMBER ASSIGNED TO THIS CASE, IN ORDER TO EXPEDITE ARRAIGNMENT OF THE ARRESTED DEFENDANT. THIS INDICTMENT IS TO REMAIN SEALED UNTIL DEFENDANT IS ARRESTED, OR UNTIL FURTHER ORDER OF THE COURT. PLEASE DO NOT SEAL THE ARREST WARRANT.

SIGNATURE OF JUDGE   (ONLY IF FILED
OR MAGISTRATE JUDGE   UNDER SEAL)

| | |
|---|---|
| ___ No notices required, advised in open court. | |
| ___ No notices required. | Number of notices |
| ___ Notices mailed by judge's staff. | Date docketed |
| ___ Notified counsel by telephone. | Docketing dpty. initials |
| ___ Docketing to mail notices | Date mailed notice |
| ___ Mail AO 450 form. | Mailing dpty. initials |
| ___ Copy to judge/magistrate judge. | |
| Courtroom Deputy Initials | Date/time received in Central Clerk's office |

11-28-2007  YAP