Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Nan R. Nolan | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 07 CR 780 - 1 | DATE | 12/03/07 |
| CASE TITLE | USA vs. Thelma Lustania | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Thelma Lustania appears in response to arrest on 12/03/07. Defendant informed of her rights. Enter order appointing Helen Kim of the Federal Defender Program as counsel for defendant. Government's oral motion for pretrial detention is granted. Detention hearing is set for 12/06/07 at 4:00 p.m. Defendant to remain in custody pending the detention hearing. Government's oral motion to unseal case is granted. Case ordered unsealed.

Docketing to mail notices.

| | Courtroom Deputy Initials: | LXS |
|---|---|---|