# FINANCIAL AFFIDAVIT
## IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE

CJA 23 (Rev. 5/98)

IN UNITED STATES ☐ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)
IN THE CASE OF _____ VS. _____
FOR _____
AT _____

LOCATION NUMBER: _____

PERSON REPRESENTED (Show your full name): **Thelma Lusiania**

CHARGE/OFFENSE (describe if applicable & check box): ☒ Felony ☐ Misdemeanor
**18 USC 1341**

1 ☐ Defendant – Adult
2 ☐ Defendant – Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other (Specify) _____

DOCKET NUMBERS:
Magistrate: _____
District Court: 07CR780-1
Court of Appeals: _____

FILED DEC 3 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

### ASSETS

**EMPLOYMENT**
- Are you now employed? ☒ Yes ☐ No ☒ Am Self Employed
- Name and address of employer: **Registered Nurse / home-care**
- IF YES, how much do you earn per month? $ **7,000 +0 / 6,000**
- IF NO, give month and year of last employment _____
- How much did you earn per month? $ _____
- If married is your Spouse employed? ☐ Yes ☐ No
- IF YES, how much does your Spouse earn per month? $ _____
- If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**
- Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
- IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES: _____

**CASH**
- Have you any cash on hand or money in savings or checking account? ☐ Yes ☒ No IF YES, state total amount $ _____

**PROPERTY**
- Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
- IF YES, GIVE THE VALUE AND DESCRIBE IT: _____

### OBLIGATIONS & DEBTS

**DEPENDENTS**
- MARITAL STATUS: ☒ SINGLE ☐ MARRIED ☐ WIDOWED ☐ SEPARATED OR DIVORCED
- Total No. of Dependents: **0**
- List persons you actually support and your relationship to them: _____

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: | Creditors | Total Debt | Monthly Payt. |
|---|---|---|---|
| rent | | $ | $ 600 |
| utilities - gas | | $ | $ 65-100 |
| electricity | | $ | $ 65-100 |
| IRS (late taxes) | | $ 55,000 | $ |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) **12/3/07**

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ *Thelma Lusiania*