Order Form (01/2005)

# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | Nan R. Nolan |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 780 - 1 | **DATE** | 12/06/07 |
| **CASE TITLE** | USA vs. Thelma Lustania | | |

**DOCKET ENTRY TEXT**

Detention hearing held. Government seeks detention. Over the Government's objection, certain conditions of release are entered. Arraignment proceedings held. Defendant informed of her rights. Defendant waives formal reading of the indictment and enters a plea of not guilty. Rule 16 conference to be conducted by 01/07/08. Pretrial motions to be filed by 01/22/08. Response(s) are due by 01/29/08. Status hearing before Judge Manning is set for 01/29/08 at 11:00 a.m. Enter excludable time from 12/06/07 to and including 01/29/08 pursuant to 18 USC § 3161(h)(1)(F). (X-E)

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | LXS |
|---|---|---|