IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA     ) | |
| ) | No. 07 CR 780 |
| v.                           ) | |
| ) | Honorable Blanche M. Manning |
| THELMA LUSTANIA              ) | |

NOTICE OF FILING

To:   LELA JOHNSON
      Assistant United State Attorney
      219 South Dearborn, 5th Floor
      Chicago, IL 60604

      Please take notice that on **Tuesday, January 22nd, 2008**, the undersigned filed the following document(s) in the above captioned cause, a copy of which is attached hereto:

**MOTION TO EXTEND  DATE  FOR PRE-TRIAL MOTIONS**

Respectfully submitted,

FEDERAL DEFENDER PROGRAM
Terence F. MacCarthy
Executive Director

By:      s/   Helen J. Kim

FEDERAL DEFENDER PROGRAM
55 E. Monroe, Suite 2800
Chicago, IL 60603
(312) 621-8344

IN THE
UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 07 CR 780 |
| v. | ) | |
| | ) | Honorable Blanche M. Manning |
| THELMA LUSTANIA | ) | |

**MOTION TO EXTEND DATE FOR PRE-TRIAL MOTIONS**

  Defendant, THELMA LUSTANIA, through her attorney, HELEN J. KIM and the Federal Defender Program, respectfully requests an extension of time to file any pre-trial motions in this case. Presently, there is a deadline for pretrial motions to be filed on or before January 22, 2008, but it appears impossible for the defense to meet this deadline. In further support of this motion, we state as follows:

  1. On November 27, 2007, THELMA LUSTANIA was indicted in a five count indictment charging her with a violation of Title 18 U.S.C. § 1341 in each count.

  2. On December 6, 2007, Magistrate Judge Nan Nolan held the arraignment proceedings on behalf of this Court. Ms. Lustania entered a plea of not guilty. A schedule of dates was issued, including the dates for a Rule 16 conference by 1/7/08, pre-trial motions by 1/22/08, responses by 1/29/08, and a status hearing on January 29, 2008, at 11:00 a.m.

  3. On January 9, 2008, defense counsel received the discovery in the case, which consisted of a CD with 5,661 pages of documents within it. Defense counsel needs time to access and review the material, then discuss the contents with Ms. Lustania. At the same time,

Ms. Lustania still needs to receive this CD, access its contents, review the materials, then meet with her attorney to discuss the case, generally, before any decisions regarding a plea or trial can be made.

    4.  It now appears necessary for Ms. Lustania to receive more time before filing any pretrial motions.  The voluminous discovery received less than two weeks before the deadline for pretrial motions, along with the more complicated nature of fraud cases, generally, makes it impossible for the defense to complete the tasks necessary to file motions by the present deadline.

    WHEREFORE, it is respectfully requested that the parties be allowed to discuss a new schedule of dates at the next status date of January 29, 2008, for all the reasons set forth in this motion.

    Respectfully submitted,

    FEDERAL DEFENDER PROGRAM
    Terence F. MacCarthy
    Executive Director

    By:    s /  Helen J. Kim

    FEDERAL DEFENDER PROGRAM
    55 E. Monroe, Suite 2800
    Chicago, IL 60603
    (312) 621-8344

# CERTIFICATE OF SERVICE

The undersigned,    HELEN J. KIM    , an attorney with the Federal Defender Program hereby certifies that in accordance with FED.R.CIV.P5, LR5.5, and the General Order on Electronic Case Filing (ECF), the following document(s):

**MOTION TO EXTEND  DATE  FOR PRE-TRIAL MOTIONS**

was served pursuant to the district court's ECF system as to ECF filings, if any, and were sent by first-class mail/hand delivery on    January 22   , 2008, to counsel/parties that are non-ECF filers.

By:        s/ Helen J. Kim

FEDERAL DEFENDER PROGRAM
55 E. Monroe St., Suite 2800
Chicago, Illinois 60603
(312) 621-8344