# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
### Eastern Division

UNITED STATES OF AMERICA

                                Plaintiff,

v.                                      Case No.: 1:07–cr–00780

                                      Honorable Blanche M. Manning

Thelma Lustania

                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 29, 2008:

      MINUTE entry before Judge Blanche M. Manning : Status hearing held on 1/29/2008. Defendant's motion for extension of time to file pretrial motions[11] is granted as to Thelma Lustania (1). Status hearing set for 4/1/2008 at 11:00 AM. Enter excludable time from 1/29/2007 to and including 4/1/2008 pursuant to 18 USC 3161(h)(1)(F).Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.