UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

UNITED STATES OF AMERICA
                             Plaintiff,

v.                                         Case No.: 1:07–cr–00780
                                                             Honorable Blanche M. Manning

Thelma Lustania
                             Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, June 24, 2008:

      MINUTE entry before the Honorable Blanche M. Manning:as to Thelma Lustania, Change of Plea Hearing set for 6/24/2008 is reset to 7/8/2008 at 12:30 PM. Government shall provide the court with a courtesy copy of the plea agreement or defendant a plea declaration, including guideline calculations, to the court at least 24 hours prior to the plea. Time excluded to 7/8/2008 pursuant to 18:3161 (h)(8)(B)(i). Mailed notice (rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.