## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Blanche M. Manning | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 CR 780 - 1 | **DATE** | 7/8/2008 |
| **CASE TITLE** | U.S.A. vs. THELMA LUSTANIA | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws plea of not guilty. Defendant enters plea of guilty to count one. Defendant informed of her rights. Court enters judgment of guilty to count one. Order cause referred to the Probation Department for a presentence investigation report. Motions for departure and objections to PSR to be filed by 9/23/08. Sentencing set for 9/30/08 at 11:30 a.m. Defendant may now have contact with the two individuals stated in open court.

Docketing to mail notices.

00:28

| | Courtroom Deputy Initials: | JHC |
|---|---|---|